UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NICHOLAS OUDEKERK,

                         Plaintiff,                      9:24-cv-109
                                                                                              (ECC/TWD)

v.

SERGEANT THOMAS, et al,

                         Defendant.

---

**Appearances:**

Nicholas Oudekerk, *Plaintiff, pro se*
Corey A. Ruggiero, Esq. and John D. Aspland, Esq., *for Defendants*

**Hon. Elizabeth C. Coombe, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff Nicholas Ouderkerk filed this action asserting claims under 42 U.S.C. § 1983 arising out of his incarceration at the Warren County Correctional Facility in Lake George, New York. Dkt. No. 1. On September 13, 2024, Defendant filed a motion to dismiss under Fed. R. Civ. P. 41(b) and Fed. R. Civ. P. 16(f) seeking to dismiss the complaint. Dkt. No. 21. Plaintiff filed a response on December 19, 2024. Dkt. No. 31.

This matter was assigned to United States Magistrate Judge Therese Wiley Dancks who, on June 9, 2025, issued a Report-Recommendation and Order recommending that Defendants' motion to dismiss be denied. Magistrate Judge Dancks advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report and that the failure to object to the report within fourteen days would preclude appellate review. Dkt. No. 40. Neither party filed any objections.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation, Dkt. No. 40, is **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' Motion for Dismiss, Dkt. No. 21, is **DENIED**; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: July 10, 2025
Syracuse, New York

_____
Elizabeth C. Coombe
U.S. District Judge